IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 15-4287 |
| ) | |
| DAVID CHADWICK CRISP ) | |

**UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE OR, ALTERNATIVELY, FOR A THIRTY-DAY EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX**

NOW COMES David Chadwick Crisp, by and through the undersigned, with the consent of the government, and moves this Court to either suspend the briefing schedule or extend the time for filing his brief and the joint appendix for an thirty (30) days, to and including 14 October 2015. In support of this motion, Mr. Crisp shows the following:

1. This case is an appeal from a guilty plea to operating a boat without lights at night, hunting deer at night, spotlighting deer, hunting without a licence, and hunting deer during closed season. [DE 150] He received multiple consecutive sentences, totally twenty months imprisonment. [DE 1] Mr. Crisp appealed to the Magistrate Judge, who affirmed, rejecting arguments that the sentence was both illegal and unconstitutional. [DE 9] Mr. Crisp timely appealed to this Court. [DE 12] The brief and joint appendix is due to be filed on today, 14 September 2015, having

been extended several times by this Court.

    2. Mr. Crisp is incarcerated. His family has contacted the undersigned, asked him to enter and appearance, and requested that he become lead counsel. The undersigned has contacted current counsel, Eric W. Styles, who also wants the undersigned to enter the case and assume the role of lead counsel. Obviously, the undersigned cannot prepare and file a joint appendix and brief today. In a quick review of the docket, it is unclear to the undersigned if there are hearing that need to be transcribed. However, there is a plea agreement in this matter that apparently contains a provision purporting to waive an appeal except in limited circumstances. The undersigned believes it would be necessary to determine if a transcript of any hearing at which Mr. Crisp was advised about the ramifications of the plea agreement is needed for this appear.

    3. The undersigned is involved in a number of other matters, including an oral argument in this Court on September 16, another brief due in this Court on September 18, a response to a petition for discretionary review due in the Supreme Court of North Carolina on September 21, and an informal brief due in this Court on September 28. He respectfully requests this Court to suspend the briefing schedule a reasonable amount of time to determine if transcripts are necessary and make arrangements for their production, and if no such transcripts are necessary, to so

notify this Court, which could then resume the briefing schedule. If this Court deems it unnecessary to suspend the briefing schedule, Mr. Crisp requests an extension of time for thirty days to allow the undersigned to prepare the joint appendix and brief.

4. The undersigned has communicated with opposing counsel, Assistant United States Attorney Amy E. Ray, who kindly has no opposition to this request.

5. The undersigned recognizes this Court has indicated no further extensions of time for filing the brief would be granted. However, he believes extenuating circumstances justify this request, including the possible need for transcripts to be prepared and the inability of current counsel to complete the brief. Under these circumstances, the interests of justice will best be served by suspending the briefing schedule to allow the undersigned to determine if transcripts need to be prepared or, alternatively, by extending the time for filing the brief and joint appendix for thirty days, to and including 14 October 2015. This extension of time will not delay this Court's orderly disposition of this appeal.

WHEREFORE, David Chadwick Crisp respectfully requests that this Court suspend the briefing schedule for a reasonable period or, alternatively, extend the time for filing the opening brief and joint appendix for thirty days, to and including 14 October 2015.

RESPECTFULLY submitted this the 14th day of September, 2015.

                                                      s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
(919) 967-4900
mgwidenhouse@RWF-law.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of September 2015, I caused this unopposed motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Amy E. Ray
Assistant United States Attorney

                                                s/ M. Gordon Widenhouse, Jr.
                                                M. Gordon Widenhouse, Jr.