FILED: September 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4287

(2:14-cr-00023-MR-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVID CHADWICK CRISP

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/14/2015

Opening brief due: 10/14/2015

Response brief due: 11/09/2015

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk