IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 15-4287 |
| | ) | |
| DAVID CHADWICK CRISP | ) | |

**UNOPPOSED MOTION FOR NINE-DAY EXTENSION OF TIME
TO FILE BRIEF AND JOINT APPENDIX**

NOW COMES David Chadwick Crisp, by and through his undersigned counsel, with the consent of the government, and moves this Court to extend the time for filing the brief and joint appendix for nine days, to 5 February 2016. In support of this motion, Mr. Crisp shows the following:

1. This case is an appeal from a guilty plea and sentence for various wildlife offenses. He appealed the consecutive sentences imposed by the magistrate judge to the district court. The district court denied the appeal on the merits. Mr. Crisp then appealed to this Court. This Court has previously extended the time for filing the opening brief and joint appendix for twenty-one days, to 27 January 2016.

2. As this Court is aware, the undersigned filed a reply brief in this Court on January 4 and a reply brief in the North Carolina Court of Appeals to on January 7. He has been out of the office interviewing witnesses for an upcoming evidentiary

hearing in federal district court in a capital habeas case on remand from this Court, which is set for February 8. In addition to interviewing witnesses, this upcoming hearing involves several complex evidentiary issues, including the admissibility of testimony from jurors under Fed. R. Evid. 606. The undersigned also was involved in efforts to clarify the status of co-counsel in this matter. This issue has been resolved to the government's satisfaction.

3. The undersigned is also working on a motion to vacate in one of the district courts that has a one-year deadline under the AEDPA. The deadline is January 27. The undersigned has been reviewing numerous documents and communicating with prior counsel in an effort to have the motion to vacate filed in a timely manner.

4. The undersigned has been hampered in both the effort to complete the motion to vacate and to prepare the brief and joint appendix in this case due to the adverse weather conditions. His office has been closed for two regular work days and was inaccessible over the past weekend. Under these circumstances, he respectfully requests a nine-day extension of time, to 5 February 2016, in which to file the brief and joint appendix. This extension would mean the brief and joint appendix will still be filed within thirty days of the initial briefing schedule.

5. The undersigned has contacted opposing counsel, Assistant United States Attorney Amy. E. Ray, who does not oppose this request.

6. Under these circumstances, the interests of justice will best be served by extending the time for filing the appellant's brief and joint appendix to 5 February 2016. This extension of time will not delay this Court's orderly disposition of this appeal.

WHEREFORE, David Chadwick Crisp respectfully requests that this Court extend the time for filing the brief and joint appendix until 5 February 2016.

RESPECTFULLY submitted this the 25th day of January, 2016.

                                                                 s/ M. Gordon Widenhouse, Jr.
                                                                 M. Gordon Widenhouse, Jr.
Rudolf Widenhouse & Fialko
312 West Franklin Street
Chapel Hill, NC 27516
(919) 967-4900
mgwidenhouse@RWF-law.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 25th day of January 2016, I caused this Motion for Nine-Day Extension of Time to File Brief and Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Amy E. Ray
Assistant United States Attorney

3

                                                                                                                          s/ M. Gordon Widenhouse, Jr.  
                                                                                                                          M. Gordon Widenhouse, Jr.